BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>        v.                  )<br>                            )<br>LORENZO SEGUNDO GALLEGOS,   )<br>                            )<br>            Defendant.      )<br>_____) | 1:10-CR-00353 LJO<br><br>STIPULATION AND ORDER THEREON<br>FOR CONTINUANCE |

   Defendant LORENZO SEGUNDO GALLEGOS, by and through their his attorney, PETER M. JONES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that his sentencing hearing set for January 9, 2012, be continued to May 21, 2012, at 1:00 p.m. in order to effectuate the terms of his plea agreement.

Dated: January 6, 2012                Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                By:   /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

Dated: January 6, 2012                    /s/ Peter M. Jones
                                          PETER M. JONES
                                          Attorney for Defendant
                                          LORENZO SEGUNDO GALLEGOS

**O R D E R**

The sentencing hearing currently set in this matter for January 9, 2012, at 1:00 p.m., shall be continued to May 21, 2012, at 1:00 p.m.  Good Cause exists.

IT IS SO ORDERED.

**Dated:   January 6, 2012**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE