BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00353 LJO |
| Plaintiff, | |
| v. | STIPULATION TO ADVANCE HEARING AND ORDER |
| LORENZO SEGUNDO GALLEGOS, | |
| Defendant. | |

Defendant, by and through his attorney, PETER JONES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to advance the May 21, 2012, 8:30 a.m., sentencing date as to this defendant and reset the matter for April 16, 2012, at 8:30 a.m.

DATED: April 2, 2012                         Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

1

```
                                        /s/ Peter Jones
                                        PETER JONES
                                        Attorney for Defendant
                                        Lorenzo Segundo Gallegos
```

### O R D E R

Having read and considered the foregoing stipulation, the current hearing date of May 21, 2012, is hereby advanced to April 16, 2012, at 8:30 a.m. for sentencing.

IT IS SO ORDERED.

**Dated:   April 9, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2